**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HECTOR LOPEZ,

           Plaintiff,

v.                                    Case No:  6:16-cv-1488-Orl-40KRS

NORWEGIAN CRUISE LINE
HOLDINGS LTD.,

           Defendant.

_____/

## <u>ORDER</u>

Before the Court is the parties' Joint Motion to Transfer Venue (Doc. 30), filed September 9, 2016. As provided in the motion: "The Parties have conferred and agree that, in accordance with the forum-selection clause in Plaintiff's Guest Ticket Contract . . ., the appropriate venue for this case is the United States District Court for the Southern District of Florida, and it should be transferred accordingly." (*Id.* ¶ 5).

Forum selection clauses are enforceable absent exceptional circumstances. *Bremen v. Zapata Off-Shore Co.*, 407 U.S. 1 (1972). In this case the parties agreed to settle disputes before the United States District Court for the Southern District of Florida in Miami, Florida. (Doc. 30-1, 10). In light of the parties' consent, the case will be transferred.

It is **ORDERED** as follows:

1. The Joint Motion to Transfer Venue (Doc. 30) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Southern District of Florida in Miami, Florida.

3.  The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida, on September 14, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties